IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In RE:     *
Cecil & Janis Silvers     *
    *     Case No.09-11905-WSS
    *
Debtors.     *

## MOTION TO MODIFY PLAN POST-CONFIRMATION

NOW COMES Debtor, by and through counsel, and hereby files this Motion to Modify Plan Post-Confirmation by reducing the percentage paid to allowed unsecured claims, and in support thereof state as follows:

1. The Debtors filed this bankruptcy petition on April 28, 2009.

2. The case was confirmed on November 3, 2009, with monthly plan payments in the amount of $256.00 for a period of thirty-six months, with allowed unsecured creditors to receive 29% pro-rata.

3. Debtors proposes to amend their Chapter 13 plan post-confirmation by reducing the percentage paid to allowed unsecured claims. Debtors proposes to reduce their plan payment to $210.00 per month due to a change in their income and expenses.

4. Debtors maintains that they can complete payments with these modifications and pay out the plan based on their changed income, expenses and current debt obligations in the months remaining. Debtors submit amended schedules of income and expenses as the basis for the proposed reduction of plan payment.

5. Debtors request a hearing on the matter.

WHEREFORE, the premises considered, Debtor requests that this Court will grant the Debtors Motion to Modify Plan post-confirmation, and for such other, further and different relief this Court deems appropriate.

Respectfully Submitted,

   /s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK (KLIMS7892)
Stephen L. Klimjack, LLC
1306 Government Street
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 28th day of September, 2010, a copy of the foregoing document was served on the Trustee, John C. McAleer, III, by the U.S. Bankruptcy Court Electronic Filing System.

   /s/Stephen L. Klimjack
STEPHEN L. KLIMJACK